# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 6:16-cr-03072-SRB |
| RONNIE L. OWEN, ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Rush's Report and Recommendation recommending Defendant be found incompetent to stand trial under 18 U.S.C. § 4241. (Doc. #32). Neither party filed objections to the Report and Recommendation.

Accordingly, after an independent and careful review of the record and the applicable law, the Court **ADOPTS** Judge Rush's Report and Recommendation. (Doc. #32). The Court finds, by a preponderance of the evidence, Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

**IT IS FURTHER ORDERED** that Defendant be committed to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d)(1).

**IT IS SO ORDERED.**

DATED: August 10, 2017
/s/ Stephen R. Bough
JUDGE STEPHEN R. BOUGH
UNITED STATES DISTRICT COURT