# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:16-cr-03072-SRB |
| ) | |
| RONNIE LEE OWEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Rush's Report and Recommendation recommending Defendant be found competent to stand trial under 28 U.S.C. § 636(b). (Doc. #65). Neither party filed objections to the Report and Recommendation.

Accordingly, after an independent and careful review of the record and the applicable law, the Court **ADOPTS** Judge Rush's Report and Recommendation. (Doc. #65). It is **ORDERED** that Defendant Ronnie L. Owen is found to be competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
JUDGE STEPHEN R. BOUGH
UNITED STATES DISTRICT COURT

DATED: November 28, 2018